585 A.2d 380
SHARON L. GRENELL v. MARTIN G. SIMMONS.

September 18, 1990.

Petition for certification denied.

585 A.2d 380
LAND O'PINES MOBILE HOME PARK, INC. v.
TOWNSHIP OF JACKSON.

September 18, 1990.

Petition for certification denied.

585 A.2d 380
JANET EAST v. JAMES TUCKER.

September 18, 1990.

Petition for certification denied.

585 A.2d 381
J.P. AND M.P. v. ROBERT B. NICHOLAS.

September 18, 1990.

Petition for certification denied.

585 A.2d 381
JUDY SHAABAN v. NABEEL A. SHAABAN.

September 18, 1990.

Petition for certification denied.